**ORIGINAL**

**FILED**

AUG - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

1  Robert R. Pohls (California Bar #131021)
   Jason G. Gong (California Bar #181298)
2  Stacey L. Leask (California Bar #233281)
   **POHLS & ASSOCIATES**
3  12657 Alcosta Boulevard, Suite 150      E-filing
   San Ramon, California 94583
4  Telephone: (925) 973-0300
   Facsimile: (925) 973-0330
5
   Attorney for Defendant
6  **Lincoln Heritage Life Insurance Company**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | RITA ROXAS,                        | Case No. C07-04000 BZ
12 |     Plaintiff,                     | **NOTICE OF INTERESTED PARTIES**
13 | vs.
14 | LINCOLN HERITAGE LIFE INSURANCE CO.
   | and DOES 1 to 15,
15
16 |     Defendants.

17

18     The undersigned, counsel of record for defendant Lincoln Heritage Life Insurance

19 Company ("Lincoln Heritage"), certifies that no other party has a direct, pecuniary interest in

20 the outcome of this case. This representation is made to enable the Court to evaluate possible

21 disqualification or recusal.

22

23                                              POHLS & ASSOCIATES

24                                              _____
25                                              Robert R. Pohls
                                                Jason G. Gong
26                                              Stacey L. Leask
                                                Attorney for Defendant
27                                              **Lincoln Heritage Life Insurance Company**

28

NOTICE OF INTERESTED PARTIES                                                          Page 1

## PROOF OF SERVICE
### (F.R.C.P., Rule 5(b))

**Rita Roxas v. Lincoln Heritage Life Insurance Company, et al.**
**San Mateo County Superior Court Case No. CIV-464264**
**U.S. District Court, Northern District of California, Case No.** (not yet assigned)

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On August 3, 2007, I caused the following document(s) to be served:

### NOTICE OF INTERESTED PARTIES

[X] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

[ ] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above enclosed in a sealed envelope, with postage fully prepaid thereon, in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

[ ] by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

Kevin C. McDonough, Esq.
19 Commerce Street
Clinton, Connecticut 06413

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on August 3, 2007 at San Ramon, California.

_____
Robert R. Pohls