Robert R. Pohls (California Bar #131021)
Jason G. Gong (California Bar #181298)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Defendant
**Lincoln Heritage Life Insurance Company**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ROXAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINCOLN HERITAGE LIFE INSURANCE CO. and DOES 1 to 15,<br><br>          Defendants. | Case No. 07-cv-04000-BZ<br><br>**STIPULATION AND ORDER FOR SERVICE BY FAX, EMAIL AND/OR HAND DELIVERY** |

     WHEREAS, Rule 5(b) of the Federal Rules of Civil Procedure requires service upon a party represented by an attorney by delivering a copy to the attorney or mailing it to the attorney at their last known address; and

     WHEREAS, Kevin McDonough ("Mr. McDonough"), lead counsel for plaintiff, works primarily from an office located in Connecticut; and

     WHEREAS, Robert R. Pohls ("Mr. Pohls"), lead counsel for defendants, works primarily from an office located in California; and

     WHEREAS, the parties wish to provide the orderly and timely service of all papers herein.

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties,
2 through their respective attorneys of record herein, that any papers required to be served
3 herein shall be served by fax, email and/or hand delivery.
4   IT IS FURTHER STIPULATED AND AGREED that, notwithstanding Rule 6(e) of
5 the Federal Rules of Civil Procedure, any papers served herein by fax and/or email shall be
6 treated as if they were hand delivered.

7
8
9   IT IS SO STIPULATED.

**LAW OFFICES OF KEVIN C. McDONOUGH**

10
11  DATED: SEPT. 1, 2007   /s/ Kevin C. McDonough
12                          Kevin C. McDonough
                            Attorney for Plaintiff Rita Roxas
13
14  IT IS SO STIPULATED.

**POHLS & ASSOCIATES**

15
16  DATED: SEPTEMBER 10, 2007   /s/ Robert R. Pohls
17                               Robert R. Pohls
                                 Jason G. Gong
18                               Stacey L. Leask
                                 Attorneys for Defendant **Lincoln Heritage Life**
19                               **Insurance Company**
20
21                           **ORDER**
22  Good cause appearing,
    IT IS SO ORDERED.
23
24  DATED: _____, 2007   _____
                                    UNITED STATES DISTRICT JUDGE
25
26
27
28

STIPULATION AND ORDER FOR SERVICE                                    Page 2
BY FAX, EMAIL AND/OR HAND DELIVERY
CASE No. 07-cv-04000-BZ