1  Robert R. Pohls (California Bar #131021)
   Jason G. Gong (California Bar #181298)
2  Stacey L. Leask (California Bar #233281)
   **POHLS & ASSOCIATES**
3  12657 Alcosta Boulevard, Suite 150
   San Ramon, California 94583
4  Telephone: (925) 973-0300
   Facsimile: (925) 973-0330
5
   Attorney for Defendant
6  **Lincoln Heritage Life Insurance Company**

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RITA ROXAS,                          Case No. 07-cv-04000-BZ

12          Plaintiff,                   **STIPULATION AND ORDER FOR SERVICE
                                         BY FAX, EMAIL AND/OR HAND DELIVERY**
13      vs.

14  LINCOLN HERITAGE LIFE INSURANCE CO.
    and DOES 1 to 15,
15
           Defendants.
16

17

18

19

20          WHEREAS, Rule 5(b) of the Federal Rules of Civil Procedure requires service

21  upon a party represented by an attorney by delivering a copy to the attorney or mailing it to the

22  attorney at their last known address; and

23          WHEREAS, Kevin McDonough ("Mr. McDonough"), lead counsel for plaintiff,

24  works primarily from an office located in Connecticut; and

25          WHEREAS, Robert R. Pohls ("Mr. Pohls"), lead counsel for defendants, works

26  primarily from an office located in California; and

27          WHEREAS, the parties wish to provide the orderly and timely service of all

28  papers herein.

**STIPULATION AND ORDER FOR SERVICE**                                    **Page 1**
**BY FAX, EMAIL AND/OR HAND DELIVERY**
**CASE No. 07-cv-04000-BZ**

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

2   through their respective attorneys of record herein, that any papers required to be served

3   herein shall be served by fax, email and/or hand delivery.

4    IT IS FURTHER STIPULATED AND AGREED that, notwithstanding Rule 6(e) of

5   the Federal Rules of Civil Procedure, any papers served herein by fax and/or email shall be

6   treated as if they were hand delivered.

7

8

9    IT IS SO STIPULATED.                   **LAW OFFICES OF KEVIN C. McDONOUGH**

10

11   DATED: _SEPT. 1_____, 2007    _/s/ Kevin C. McDonough_____

12                                   Kevin C. McDonough
                                     **Attorney for Plaintiff Rita Roxas**

13

14   IT IS SO STIPULATED.

15                                   **POHLS & ASSOCIATES**

16

17   DATED: __September 10_, 2007    _/s/ Robert R. Pohls_____

18                                   Robert R. Pohls
                                     Jason G. Gong
                                     Stacey L. Leask

19                                   Attorneys for Defendant **Lincoln Heritage Life**
                                     **Insurance Company**

20

21                                   **ORDER**

22   Good cause appearing,        _This case is subject_
23   IT IS SO ORDERED.            _to General Order 45_

24   DATED: _10 Sept_____, 2007    _Bernard Zimmerman_____
                                   **UNITED STATES DISTRICT JUDGE**

25   _Parties may_

26   _fax or deliver in_           **DENIED**

27   _addition to E-filing_

28

**STIPULATION AND ORDER FOR SERVICE**        _Bernard Zimmerman_
**BY FAX, EMAIL AND/OR HAND DELIVERY**       **Bernard Zimmerman**    Page 2
**CASE No. 07-cv-04000-BZ**                   **United States Magistrate** Judge

_____
**Date**