Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Defendant
**Lincoln Heritage Life Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ROXAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINCOLN HERITAGE LIFE INSURANCE CO. and DOES 1 to 15,<br><br>          Defendants. | Case No. 07-cv-04000-BZ<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE HON. BERNARD ZIMMERMAN, AND ALL INTERESTED PERSONS:

PLEASE TAKE NOTICE that the parties to this action have settled this matter.  At present, the parties anticipate that as much as 30 days time may be required to finalize their settlement and forward to the Court a stipulation providing for the entry of a judgment of dismissal in this action.  The parties therefore jointly request that all dates currently set for this matter be vacated.

Respectfully submitted,

POHLS & ASSOCIATES

_____
Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**Lincoln Heritage Life Insurance Company**

NOTICE OF SETTLEMENT
CASE No. 07-cv-04000-BZ

## PROOF OF SERVICE
(F.R.C.P., Rule 5(b))

**Rita Roxas v. Lincoln Heritage Life Insurance Company, et al.**
**U.S. District Court, Northern District of California, Case No.** 07-cv-04000-BZ

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On November 5, 2007, I caused the following document(s) to be served:

### NOTICE OF SETTLEMENT

[X] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

[ ] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above enclosed in a sealed envelope, with postage fully prepaid thereon, in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

[ ] by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

Kevin C. McDonough, Esq.
19 Commerce Street
Clinton, Connecticut 06413

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on November 5, 2007 at San Ramon, California.

_____
Robert R. Pohls

NOTICE OF SETTLEMENT
CASE No. 07-cv-04000-BZ